**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| PARKER HANNIFIN CORPORATION, | ) | CASE NO:   1:01-cv-1057 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE ANN ALDRICH |
| v. | ) | |
| | ) | MAGISTRATE JUDGE |
| STEADFAST INSURANCE COMPANY, | ) | NANCY A. VECCHIARELLI |
| | ) | |
| Defendant. | ) | **ORDER** |

On July 17, 2007, this Court deferred ruling on Plaintiff's motion for a protective order (Doc. No. 118) until after it held a telephone conference. A telephone conference was held on July 23, 2007, and the Court now rules as follows.

Plaintiff's motion for a protective order is **DENIED**. The crux of Plaintiff's objection is that Defendant seeks the discovery to support an argument that, according to Plaintiff, Defendant has waived. Plaintiff does not object to the discovery requests on the grounds that production would be burdensome. This Court finds that the discovery requests are not burdensome and that Plaintiff will not be prejudiced by responding to the discovery requests. The denial of the protective order is not intended as a decision on the merits of any of the underlying issues and Plaintiff is not precluded from raising those arguments at a later date. On balance, the interests of justice will be best served by allowing the discovery and providing the Court with all the facts. **Plaintiff shall produce the requested discovery no later than August 2, 2007.**

On July 17, 2007, this Court granted Defendant's motion to stay briefing of Plaintiff's motion for summary judgment. (Doc. No. 121.) As the underlying discovery issue has now

been resolved, this Court sets the following briefing schedule. **Defendant's response to Plaintiff's motion for summary judgment, as well as Defendant's cross-motion for summary judgment, shall be filed no later than September 4, 2007.**

**IT IS SO ORDERED.**

                                               s/ *Nancy A. Vecchiarelli*
                                               NANCY A. VECCHIARELLI
                                               U.S. MAGISTRATE JUDGE

DATE: July 24, 2007